```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHAZIA SOHRAWARDY, D.O.,                :
                                        :     23cv9706 (DLC)
                   Plaintiff,           :
         -v-                            :     ORDER
                                        :
NORTHWELL HEALTH, INC., et al.,         :
                                        :
                   Defendants.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 17, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         June 17, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge