UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
                                       :          23cv9706(DLC)
SHAZIA SOHRAWARDY, D.O.,                :
                                       :              ORDER
                         Plaintiff,    :
              -v-                       :
                                       :
NORTHWELL HEALTH, INC., et al.,         :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On August 2, 2024 the plaintiff filed a request for a discovery conference.  Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for **August 22nd at 3:00 p.m.**  The parties shall use the following dial-in credentials for the telephone conference:

              Dial-in:        888-363-4749
              Access Code:    4324948

The parties shall use a landline if one is available.

Dated:     New York, New York
           August 5, 2024

                              _____
                                    DENISE COTE
                         United States District Judge