# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4022 Direct
(212) 972-3213 Fax
Jennifer.Courtian@JacksonLewis.com

August 16, 2024

**VIA ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

                Re:    **Shahazia Sohrawardy, D.O. v. Northwell Health, Inc. & Long Island Jewish Forest Hills**
                       **Civil Action No. 23-CV-9706**

Dear Judge Cote:

      We represent Defendants, in the above-referenced matter. We write respectfully to request an adjournment of the court teleconference scheduled in this matter for August 22, 2024, to discuss discovery issues. I make this request because I will be out of the office on August 22 and 23, 2024 as I will be bringing my daughter to college. I am available for the conference during the week of August 26, 2024. I advised Plaintiff's counsel, Herb Eisenberg, of this request and asked for his consent, but he does not consent because he will be away starting on August 23, 2024, through Labor Day. We therefore request that this conference be re-scheduled for a date after Labor Day. In the interim, Defendants plan to serve supplemental discovery responses which may resolve some of the outstanding issues. This is the first request to re-schedule this conference.

      Thank you for your consideration of this matter.

                                        Respectfully submitted,
                                        JACKSON LEWIS P.C.

                                        */s/ Jennifer B. Courtian*
                                        Jennifer B. Courtian

JBC:lw

cc: Herbert Eisenberg, Esq, Christopher Pacelle, Esq (Via ECF)

4891-0585-7753, v. 1

*[Handwritten note: The conference is rescheduled to September 4 at 10:30 am. /s/ Denise Cote 8/16/24]*