```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHAZIA SOHRAWARDY, D.O.,                 :
                                         :
                        Plaintiff,       :
                -v-                      :    23cv9706(DLC)
                                         :
NORTHWELL HEALTH, INC., et al.,          :       ORDER
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    An Opinion and Order of August 22, 2024 stayed this case pending the plaintiff's submission of a complaint to the New York State Public Health and Health Planning Council. Accordingly, it is hereby

    ORDERED that the conference scheduled for September 4, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
            August 23, 2024

                                                                           DENISE COTE
                                          United States District Judge